TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

******************************
Complaint

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_21-MJ-357_____
Docket Number

******************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Megan E. Farrell
Firm Name: US Attorney's Office
Address:  610 Federal Plaza
             Central Islip, NY 11722-4454
Phone Number: 631 715 7862
E-Mail Address: Megan.Farrell@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____

_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:  Central Islip                 , NEW YORK
           03.23.2021
_____s/ Arlene R. Lindsay, U.S.M.J._____

**U.S. DISTRICT JUDGE**

RECEIVED IN CLERK'S OFFICE_03.23.2021_____
                                                          DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_03/23/2021_____                    ___MEGAN FARRELL___     Digitally signed by MEGAN FARRELL
         DATE                                           SIGNATURE                Date: 2021.03.23 12:25:44 -04'00'