

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEF
F. #2021R00288

*610 Federal Plaza*
*Select City & State*

March 24, 2021

By E-mail

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    United States v. David Corwin
                 Docket No. 21-MJ-357 (ARL)

Dear Judge Lindsay:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety, including the complaint and arrest warrant.

                                        Respectfully submitted,

                                        MARK J. LESKO
                                        Acting United States Attorney

                    By:        /s/
                                        Megan E. Farrell
                                        Assistant U.S. Attorney
                                        (631) 715-7862

Enclosure

cc:    Clerk of Court (by ECF)
       Randi Chavis, Esq. (by ECF)

MEF
F.# 2021R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

DAVID CORWIN,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

21-MJ-357 (ARL)

Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Megan E. Farrell, for an order unsealing the above-captioned matter in its entirety, including the complaint and arrest warrant.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Central Islip, New York
           March 24, 2021

_____
HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK