MEF
F.# 2021R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID CORWIN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

21-MJ-357 (ARL)

        Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Megan E. Farrell, for an order unsealing the above-captioned matter in its entirety, including the complaint and arrest warrant.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Central Islip, New York
               March 24, 2021

                                                  HONORABLE ARLENE R. LINDSAY
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  EASTERN DISTRICT OF NEW YORK