UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

UNITED STATES OF AMERICA,

            - against -

DAVID CORWIN

            Defendant.

------------------------------------------------------- X

21-MJ-357

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Anthony M. Grandinette, of The Law Office of Anthony M. Grandinette, herby appears on behalf of Defendant, David Corwin, and demands that all papers pertaining to this action be served accordingly as listed below.

Dated: Mineola, New York
March 29, 2021

_____
Anthony M. Grandinette (AMG5913)
The Law Office of Anthony M. Grandinette
114 Old Country Road, Suite 420
Mineola, New York 11501
(516) 877-2889
GrandinetteLaw@gmail.com

CC: All counsel via ECF