BEFORE: ARLENE R. LINDSAY  DATE: 3/24/2021
UNITED STATES MAGISTRATE JUDGE  TIME ON:
  TIME OFF:

Case No. 21-MJ-357  Courtroom Deputy: Robert Imrie

Criminal Cause for  Initial Appearance

Defendant: David Corwin
  Present X   Not Present___   In Custody X   On Bail/Bond___

Attorney: Randi Chavis  Ret'd___ CJA___ FD of NY X

AUSA: Megan Ferrell

Interpreter: -

ESR Time:

 X  Case Called   X  Counsel for all sides present.

 X  Order Setting Conditions of Release and Bond entered.  X  Special Conditions Apply.
___ Order of Detention entered.
___ Temporary Order of Detention entered.
Next Court appearance scheduled for
Preliminary Hearing  X  Waived; ___ Set for                                                            .
___ Waiver of Speedy Indictment executed from _____ to _____.
___ Defendant waives Speedy Trial from _____ to _____.
NOTES: Mr. Crowin consented to appear by video for the arraignment.