May 16, 2024

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

*    MAY 30 2024    *

LONG ISLAND OFFICE

Hon. Judge Joanna Seybert
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Request to Publicize United States vs. David Corwin Warrant and Warrant
Affidavit
Criminal Case: 2:21-CR-00218-JS.
Magistrate Complaint Case: 2:21-mj-357**


Dear Judge Seybert:

Thank you for the courtesy of sending me a copy of the public docket sheet
pertaining to criminal case 2:21-CR-00218-JS. This 2nd letter is to respectfully request
to ensure the Clerk publicly posts the entire docket related to this case, particularly
DN-2 and DN-8 of 2:21-mj-00357 and 2:21-CR-00218, and of the (hypothesized) sealed
search warrant and affidavit for the search warrant.

In response to my earlier request to unseal the Corwin cases, you noted that
Magistrate Judge Arlene R. Lindsay ordered the case to be unsealed on March 24,
2021 (Document Entry No. 4). Despite this, Docket Numbers 2 and 8 from cases
2:21-CR-00218-JS and 2:21-mj-00357 are absent from the publicly accessible docket.
The Court Clerk confirmed that these entries exist but remain sealed, and in some way
this is preventing their appearance on the public docket.

While I recognize that certain documents containing sensitive details like banking
information, addresses, and personal data of victims or witnesses may remain
permanently sealed, my extensive review of similar cases across more than 25 districts
suggests it is unusual for documents to remain entirely invisible on the docket, even
when sealed.

I respectfully request that you consider ordering these documents to be unsealed
and made available unredacted, or with minimal redactions as necessary. Should these
documents have already been unsealed pursuant to Judge Lindsay's order, I kindly
request the Court to ensure the Clerk provides access to them, whether unredacted or
redacted to protect sensitive information, and to promptly post them for public viewing.

In addition to DN-2 and DN-8, the search warrant case(s) associated with this
criminal does not appear to be unsealed. Having reviewed more than 40 cases
associated with this operation, all of which use nearly identical search warrants and

formulaic procedures, this case would be an outlier and anomalous if the government had not applied for a search warrant before going to Mr. Corwin's house. Even in the cases that utilized a "knock and talk", the government had a search warrant affidavit and application prepared in the instance the residents did not consent to a search. Thus, if there is a magistrate case that contains the search warrant application for Mr. Corwin, I respectfully request that it too be unsealed and made available to the public.

If there are any additional fees or formal procedures required to process this request please let me know so that I can promptly comply with them.

Thank you for your attention to this matter and for your additional review.

Respectfully,

Robert White
STE 247
4949 Brownsboro RD
Louisville, KY 40222

Robert White
7415 Wesboro Rd
Louisville, KY 40242



Hon. Judge Joanna Seybert
US District Court of The New York Eastern District
225 Cadman Plaza EAST
Brooklyn, NY 11201

WHITE
(502) 552-5440
THE UPS STORE #1815
4949 BROWNSBORO RD
LOUISVILLE KY 40222-3427

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 16 MAY 2024

US DISTRICT COURT OF THE NY E DISTR
HON. JUDGE JOANNA SEYBERT
225 CADMAN PLZ E

NY 11201-1832

**NY 111 9-50**



19:32 2024
.E_AS02-1sL

G GROUND

.CKING #: 1Z A6R 631 03 8103 8313

BILLING: P/P
UPS CARBON NEUTRAL SHIPMENT

REF #2: BMW

ISH 13.00F BIXOLON S 14.5U 03/2024

HON JUDGE JOANNA SEYBERT
225 CADMAN PLZ E
BROOKLYN NY 11201

1ZA6R631038103 8313
US 1120
KDP6LKZ
P: BOIBWN S: 2BR
228-4646
I: 231
8313
NYA834SUDC MAY 20 08:30:18 2024
HIP 24.3.1
ZP48OS

#1
eco>LITE
KRAFT BUBBLE MAILER
Made in the USA by Polyair Packaging

#1
eco>LITE
KRAFT BUBBLE MAILER
Made in the USA by Polyair Packaging

#1
eco>LITE
KRAFT BUBBLE MAILER
Made in the USA by Polyair Packaging

#1
eco>LITE
KRAFT BUBBLE MAILER
Made in the USA by Polyair Packaging